IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDA VELASCO,

      Plaintiff,                                      CIV-S-04-2146 MCE GGH

     vs.

JO ANNE BARNHART,                        FINDINGS & RECOMMENDATIONS
Commissioner of Social Security,

      Defendant.

_____/

        By order filed January 11, 2006, plaintiff was ordered to show cause, within thirty days, why her action should not be dismissed for lack of prosecution. The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED:  3/3/06

/s/ Gregory G. Hollows

UNITED STATES DISTRICT JUDGE

GGH:035
velasco.fsc